# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

GORDAN BATES,

    Plaintiff,

    v.

STATE OF WISCONSIN - DEPARTMENT OF WORKFORCE DEVELOPMENT, STATE OF WISCONSIN - VOCATIONAL REHABILITATION, ALLIANCE OF IMPARTIAL HEARING OFFICERS, LESLIE MIRKIN, MICHAEL GRECO, KAREN LAMBRIGHT, LINDA VEGOE, MICHAEL SCHNAPP, DEB HENDERSON-GUETHER, DAVID BECKER and CLIENT ASSISTANCE PROGRAM,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-465-slc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants with prejudice.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____6/23/09_____
Date